# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>                       Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| City of Marietta,<br><br>                       Appellant,<br><br>         v.<br><br>Mallinckrodt plc, *et al.*,<br><br>                       Appellee. | Civil Action No. 1:21-cv-01155-TLA |

## JOINT PROPOSED AMENDED BRIEFING SCHEDULE

Appellant the City of Marietta ("Appellant") and Appellees Mallinckrodt plc and its affiliated debtors in possession in the above-captioned cases ("Appellees"), by and through undersigned counsel, hereby respectfully request the following this Court approve the following amendments to the current briefing schedule ordered by this Court on April 26, 2022 [ECF 21]:

| Brief to be Filed | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Appellant's Opening Brief | June 20, 2022 | September 20, 2022 |
| Appellees' Opposition Brief | July 20, 2022 | October 20, 2022 |
| Appellant's Reply Brief | August 4, 2022 | November 4, 2022 |

Dated: June 15, 2022

| | |
|---|---|
| **CROSS & SIMON LLC** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 N. Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Tel: (302) 777-4200<br>Email: csimon@crosslaw.com | */s/ Michael J. Merchant*<br>Mark D. Collins (No. 2981)<br>Robert J. Stearn, Jr. (No. 2915)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Brendan J. Schlauch (No. 6115) |

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Colleen M. Restel (*pro hac vice*)
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: (973) 597-2500
Email: metkin@lowenstein.com
Email:  abehlmann@lowenstein.com
Email: crestel@lowenstein.com

**POMERANTZ LLP**
Jordan L. Lurie
Ari Y. Basser
1100 Glendon Avenue
Los Angeles, CA 90024
Tel:  (310) 788-8660
Email: jlurie@pomlaw.com
Email: abasser@pomlaw.com

*Counsel to Appellant*

One Rodney Square
920 N. King Street
Wilmington, Delaware 19807
Tel:  (302) 651-7700
Email: collins@rlf.com
Email: stearn@rlf.com
Email: merchant@rlf.com
Email: steele@rlf.com
Email: schlauch@rlf.com

**LATHAM & WATKINS LLP**
George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Tel:  (212) 906-1200
Email: george.davis@lw.com
Email: george.klidonas@lw.com
Email: andrew.sorkin@lw.com
Email: anu.yerramalli@lw.com

- and -

Jeffrey E. Bjork (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Tel:  (213) 485-1234
Email: jeff.bjork@lw.com

- and -

Jason B. Gott (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Tel:  (312) 876-7700
Email: jason.gott@lw.com

*Counsel to Appellees*