# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MALLINCKRODT PLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12522 (JTD) <br> (Jointly Administered) |
| City of Marietta, <br><br> Appellant, <br><br> v. <br><br> Mallinckrodt plc, *et al.*, <br><br> Appellee. | Civil Action No. 1:21-cv-01155 (TLA) |

## JOINT PROPOSED AMENDED BRIEFING SCHEDULE

Appellant the City of Marietta ("Appellant"), Appellees Mallinckrodt plc and its affiliated debtors in possession in the above-captioned cases ("Appellees"), and the Gseneral Unsecured Claims Trustee appointed in Appellees' above-captioned Chapter 11 Case, by and through undersigned counsel, hereby respectfully request this Court approve the following amendments to the current briefing schedule ordered by this Court on June 15, 2022 [ECF 23]:

| Brief to be Filed | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Appellant's Opening Brief | September 20, 2022 | January 20, 2023 |
| Appellees' Opposition Brief | October 20, 2022 | February 21, 2023 |
| Appellant's Reply Brief | November 4, 2022 | March 8, 2023 |

Dated: September 9, 2022

| | |
|---|---|
| **CROSS & SIMON LLC** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Christopher P. Simon* | */s/ Michael J. Merchant* |
| Christopher P. Simon (No. 3697) | Mark D. Collins (No. 2981) |
| 1105 N. Market Street, Suite 901 | Robert J. Stearn, Jr. (No. 2915) |
| Wilmington, Delaware 19801 | Michael J. Merchant (No. 3854) |
| Tel: (302) 777-4200 | Amanda R. Steele (No. 5530) |
| Email: csimon@crosslaw.com | Brendan J. Schlauch (No. 6115) |
| | One Rodney Square |
| **LOWENSTEIN SANDLER LLP** | 920 N. King Street |
| Michael S. Etkin (*pro hac vice*) | Wilmington, Delaware 19807 |
| Andrew Behlmann (*pro hac vice*) | Tel: (302) 651-7700 |
| Colleen M. Restel (*pro hac vice*) | Email: collins@rlf.com |
| One Lowenstein Drive | Email: stearn@rlf.com |
| Roseland, New Jersey 07068 | Email: merchant@rlf.com |
| Tel: (973) 597-2500 | Email: steele@rlf.com |
| Email: metkin@lowenstein.com | Email: schlauch@rlf.com |
| Email: abehlmann@lowenstein.com | |
| Email: crestel@lowenstein.com | **LATHAM & WATKINS LLP** |
| | George A. Davis (*pro hac vice*) |
| **POMERANTZ LLP** | George Klidonas (*pro hac vice*) |
| Jordan L. Lurie | Andrew Sorkin (*pro hac vice*) |
| Ari Y. Basser | Anupama Yerramalli (*pro hac vice*) |
| 1100 Glendon Avenue | 1271 Avenue of the Americas |
| Los Angeles, CA 90024 | New York, New York 10020 |
| Tel: (310) 788-8660 | Tel: (212) 906-1200 |
| Email: jlurie@pomlaw.com | Email: george.davis@lw.com |
| Email: abasser@pomlaw.com | Email: george.klidonas@lw.com |
| | Email: andrew.sorkin@lw.com |
| *Counsel to Appellant* | Email: anu.yerramalli@lw.com |
| | |
| | - and - |
| | |
| | Jeffrey E. Bjork (*pro hac vice*) |
| | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, California 90071 |
| | Tel: (213) 485-1234 |
| | Email: jeff.bjork@lw.com |
| | |
| | - and - |
| | |
| | Jason B. Gott (*pro hac vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, Illinois 60611 |

Tel:  (312) 876-7700
Email:  jason.gott@lw.com

*Counsel to Appellees*